UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.  10-cr-00273-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  GERALD AUGUSTINE, a/k/a Lonewolf7576, a/k/a csbrat,

     Defendant.

---

## ORDER

---

This matter is before the Court upon a review of the file.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, September 3, 2010,** and responses to these motions shall be filed by **Wednesday, September 15 , 2010.**  It is

FURTHER ORDERED that a 5-day jury trial is set to commence **Monday, October 4, 2010, at 9:00 a.m. in courtroom A-1002.**  Finally, it is

ORDERED that the parties shall promptly contact the Court if a hearing on pending motions and/or final trial preparation conference needs to be set.

Dated this 5th day of August, 2010.

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge