UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.  10-cr-00273-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  GERALD AUGUSTINE, a/k/a Lonewolf7576, a/k/a csbrat,

      Defendant.

---

## ORDER FOR DETERMINATION OF COMPETENCY

---

THIS MATTER came before the Court on a hearing on February 22, 2011, on the

Motion to Determine Competency of Defendant filed by defense counsel on December

28, 2010, and the Government's Motion for Examination for Determination of Mental

Competency and Unopposed Motion to Continue Hearing to Determine Competency

filed January 19, 2011.  Both motions request that the Court appoint a psychiatrist or

psychologist to examine Defendant and provide a report regarding competency

pursuant to 18 U.S.C. § 4247(b) and (c) and then, after issuance of the report, hold a

hearing to determine Defendant's competency to stand trial.

Having reviewed the motions and after hearing the positions of the parties, I find

that "there is reasonable cause to believe that the defendant may presently be suffering

from a mental disease or defect rendering him mentally incompetent to the extent that

he is unable to understand the nature and consequences of the proceedings against

him or to assist in his defense."  18 U.S.C. § 4241(a).  Defense counsel asserts that

there is substantial medical evidence that Defendant is incompetent.  Specifically,

Defendant was examined by Dr. Robin Post, a licensed psychologist, and Dr. Susan

Bograd, a licensed psychologist.  Defense counsel advises that Dr. Bograd opines, with

the use of findings from Dr. Post, that Defendant is incompetent to proceed because of

Defendant's mental health issues; namely, mental retardation.

Based on the foregoing, I find that the motions seeking a competency

determination should be granted pursuant to 18 U.S.C. § 4241(a) and (b).  Section

4241(b) provides in pertinent part that "prior to the date of the hearing, the court may

order that a psychiatric or psychological examination of the defendant be conducted,

and that a psychiatric or psychological report be filed with the court, pursuant to the

provisions of section 4247(b) and (c)."  I find under the above sections that a psychiatric

or psychological examination is appropriate in this case.

Examinations pursuant to Sections 4241(a) and (b) require compliance with

Sections 4247(b) and (c).  Section 4247(b) states that "the court shall appoint an

examiner, or if the court finds it appropriate, more than one examiner, who is a licensed

or certified psychiatrist or psychologist."  Although counsel were unable to agree in their

motions as to who should conduct the examination, counsel agreed at the hearing to the

Court's suggestion that Dr. Frederick M. Miller conduct the examination, subject to Dr.

Miller's agreement.  The Court has conferred with Dr. Miller who advised that he was

agreeable to conducting the examination.

Accordingly, Dr. Frederick M. Miller is appointed to conduct the competency

examination and issue a report regarding Defendant's competency.  This report shall be

issued in compliance with 18 U.S.C. § 4247(c) which provides that a competency report shall address the following: (1) the person's history and present symptoms; (2) a description of the psychiatric, psychological, and medical tests that were employed and their results; (3) the examiner's findings; (4) the examiner's opinions as to the diagnosis and prognosis; and (5) whether the person is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  This report shall, if possible, be issued within thirty (30) days pursuant to 18 U.S.C. § 4247(b), although Dr. Miller may apply for a reasonable extension, not to exceed fifteen days, upon a showing of good cause that the additional time is necessary to observe and evaluate the defendant." *Id.*

Based upon the foregoing, it is

ORDERED that the Motion to Determine Competency of Defendant filed on December 28, 2010 (ECF No. 16) and the Government's Motion for Examination for Determination of Mental Competency and Unopposed Motion to Continue Hearing to Determine Competency filed January 19, 2011 (ECF No. 19) are **GRANTED**.  In accordance therewith, it is

ORDERED that a psychiatric or psychological examination shall be conducted by Frederick M. Miller, M.D., pursuant to 18 U.S.C. § 4241(b), and a psychiatric or psychological report shall be filed with the Court after the examination.  It is

FURTHER ORDERED that after the psychiatric or psychological report has been filed with the Court, a competency hearing will be set.  Finally, it is

ORDERED that defense counsel shall make arrangements for all medical evidence from Dr. Post and Dr. Bograd to be provided to Dr. Miller, including data related to cognitive and/or psychological testing.

Dated:  March 15, 2011

BY THE COURT:

s/ Wiley Y. Daniel_____
Wiley Y. Daniel
Chief United States District Judge