UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00273-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   GERALD AUGUSTINE, a/k/a Lonewolf7576, a/k/a csbrat,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A competency hearing is set for **Thursday, August 18, 2011 at 1:30 p.m.**  The hearing is set for the entire afternoon.

      Dated:  May 6, 2011