UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00273-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  GERALD AUGUSTINE, a/k/a Lonewolf7576, a/k/a csbrat,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Status Conference is set for **Monday, August 1, 2011 at 11:00 a.m.**

    Dated:  July 6, 2011