UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00273-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   GERALD AUGUSTINE,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due to a scheduling conflict with a criminal trial, the Change of Plea Hearing set for Tuesday, September 13, 2011, at 1:30 p.m. is **VACATED** and **RESET** to **Thursday, October 13, 2011, at 2:00 p.m.**

      **Counsel for the parties shall deliver all change of plea documents separately to my Chambers AND to the Probation Department not later than 72 HOURS before the hearing date.  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.**

      Dated:  August 31, 2011